# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____**Serafin**_____
                **Plaintiff**

                                        **CIVIL ACTION**

   **V.**

                                        **NO.   11cv12158-RGS**_____

_____**McDonald**_____
                **Defendant**

## ORDER OF DISMISSAL

_____**STEARNS,   D. J.**_____

In accordance with the Court's allowance of the defendant's motion to dismiss

on __**1/12/12**_____, it is hereby ORDERED that the above-entitled

action be and hereby is dismissed.

                                        **By the Court,**

__**1/26/12**_____                      **/s/ Elaine Flaherty**_____

        **Date**                                   **Deputy Clerk**

(Dismissal Endo.wpd - 12/98)