UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Serafin
Plaintiff

V.

McDonald
Defendant

CIVIL ACTION

NO. 11cv12158-RGS

ORDER OF DISMISSAL

STEARNS, D. J.

In accordance with the Court's allowance of the defendant's motion to dismiss on 1/12/12 _____, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

1/26/12

Date

/s/ Elaine Flaherty

Deputy Clerk

(Dismissal Endo.wpd - 12/98)